JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC E. HOUSTON, pro se, ) | Case No. CV 09-0528-JFW(RC) |
| ) | |
| Petitioner, ) | |
| vs. ) | |
| ) | JUDGMENT |
| WARDEN J.L. NORWOOD, et al., ) | |
| ) | |
| Respondents. ) | |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED without prejudice.

DATE: January 28, 2009

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-0528.jud
1/26/09